Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  19−31738−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Giuseppe Gaetano Jr
   544 Forsythia Drive
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−2198

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/4/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 4, 2020
JAN: kvr

                                                                         Jeanne Naughton
                                                                        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 19-31738-ABA
Giuseppe Gaetano, Jr                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Feb 04, 2020
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
```
db             +Giuseppe Gaetano, Jr,    544 Forsythia Drive,    Vineland, NJ 08360-1801
518575762      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518575763      +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518682170       State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ 08625-0379
518674620      +U.S. Bank et al,    c/o Schiller Knapp Lefkowitz Hertzel LLP,
                 c/o Nationstar Mortgage LLC dba Mr Coope,    PO Box 619096,    Dallas, TX 75261-9096
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2020 23:45:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2020 23:45:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518575761       EDI: DISCOVER.COM Feb 05 2020 04:03:00      DISCOVER FINANCIAL SERVICES LLC,    PO BOX 15316,
                 Wilmington, DE 19850-5316
518575760      +EDI: NAVIENTFKASMDOE.COM Feb 05 2020 04:03:00      Dept of Education/Navient,
                 123 Justison St, 3rd Floor,    Wilmington, DE 19801-5360
518681011       E-mail/Text: jennifer.chacon@spservicing.com Feb 04 2020 23:46:37
                 Federal Home Loan Mortgage Corporation et. al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
518575759       EDI: IRS.COM Feb 05 2020 04:03:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518575764      +EDI: WFFC.COM Feb 05 2020 04:03:00      WELLS FARGO CARD SERVICE,    PO BOX 14517,
                 Des Moines, IA 50306-3517
518671913       EDI: WFFC.COM Feb 05 2020 04:03:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    Velocity Commercial Capital, LLC
               jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Mark K. Smith    on behalf of Debtor Giuseppe  Gaetano, Jr markksmithlaw@aol.com,
               Romasmith@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```